IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| TIMOTHY ALAN PUTNEY, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 7:16-cv-00151-BP |
| | § | |
| UNITED STATES POSTAL SERVICE | § | |
| and UNITED STATES OF AMERICA, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time to Complete Mediation (ECF No. 20), filed March 19, 2018. After reviewing the pleadings and applicable law, the Court finds that the parties' Joint Motion (ECF No. 20) should be and is hereby **GRANTED**.

It is therefore **ORDERED** that the deadlines contained in the Court's Amended Scheduling Order (ECF No. 19) are modified as follows:

1. The Expert Objections deadline is extended to **April 16, 2018**.

2. The Pretrial Disclosures and Objections deadline is extended to **April 23, 2018**, with objections due **fourteen days** hereafter.

3. The Pretrial Materials deadline is extended to **May 7, 2018**.

4. The Mediation Deadline is extended to **April 9, 2018**, and the Joint Settlement Report is due within **seven days** thereafter.

5. The Exchange of Exhibits deadline is extended to **May 7, 2018**.

Except as so provided, the other deadlines, provisions, and trial setting contained in the Amended Scheduling Order (ECF No. 19) shall remain unchanged.

It is so **ORDERED** on March 20, 2018.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE