UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| TIMOTHY ALAN PUTNEY,<br><br>　　　　　Plaintiff,<br>v.<br><br>UNITED STATES POSTAL SERVICE AND THE UNITED STATES OF AMERICA<br><br>　　　　　Defendants. | Civil Action No. 7:16-CV-151-O<br>ECF |

## JOINT REPORT REGARDING SETTLEMENT CONFERENCE

Plaintiff Timothy Alan Putney and Defendant United States of America, submit this Joint Report Regarding Settlement Conference.

On April 9, 2018, the Parties mediated this case with Julie Johnson. The following parties attended the mediation:

　　　Carolyn Ostovich, Lead Counsel for Plaintiff;

　　　Ann Cruce-Haag, Lead Counsel for Defendant; and

　　　Lindsey Beran, Deputy Civil Chief.

The mediator made a proposal at the conclusion of the mediation, which the parties each accepted subsequently.

The Parties have reached a settlement.

                                      Respectfully submitted,

                                      ERIN NEALY COX
                                      UNITED STATES ATTORNEY

<u>s/Carolyn Ostovich</u>                    <u>s/Ann E. Cruce-Haag</u>
CAROLYN OSTOVICH           ANN E. CRUCE-HAAG
SBN 04662020                     Assistant U.S. Attorney
900 Scott Street Suite 205       SBN 24032012
Po Box 8305                       1205 Texas Avenue, Suite 700
Wichita Falls , TX  76307        Lubbock, Texas  79401
Tel. 940-761-2000              Tel. 806-472-7397
Fax: 940-322-8580             Fax 806-472-7324
Email:Attorney@ostovichlaw.com  Email:  ann.haag@usdoj.gov
Attorney for Plaintiff             Attorneys for Defendant