IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| TIMOTHY ALAN PUTNEY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br>and UNITED STATES OF AMERICA,<br><br>    Defendants. | § § § § § § § § § § § § § §<br><br>Civil Action No. 7:16-cv-00151-BP |

## ORDER

The parties have notified the Court that they have reached a settlement of their respective claims and defenses in this lawsuit. ECF No. 25. The parties are therefore directed to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or an agreed motion with corresponding proposed order—with the Clerk's Office **within 60 days of the date of this Order**. If further proceedings become necessary or desirable, Plaintiff and Defendants should immediately file a joint status report. All deadlines in this case are stayed until further order of the Court.

It is so **ORDERED** on April 17, 2018.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE