UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| TIMOTHY ALAN PUTNEY,<br><br>      Plaintiff,<br>v.<br><br>UNITED STATES POSTAL SERVICE AND THE UNITED STATES OF AMERICA,<br><br>      Defendants. | Civil Action No. 7:16-CV-151-O<br>ECF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated:  June 12, 2018

STIPULATED:

                                                        Respectfully submitted,

                                                        ERIN NEALY COX
                                                        UNITED STATES ATTORNEY

| | |
|---|---|
| s/Carolyn Ostovich<br>CAROLYN OSTOVICH<br>SBN 04662020<br>900 Scott Street Suite 205<br>Po Box 8305<br>Wichita Falls , TX  76307<br>Tel. 940-761-2000<br>Fax: 940-322-8580<br>Email:Attorney@ostovichlaw.com<br>Attorney for Plaintiff | s/Ann E. Cruce-Haag<br>ANN E. CRUCE-HAAG<br>Assistant U.S. Attorney<br>SBN 24032012<br>1205 Texas Avenue, Suite 700<br>Lubbock, Texas  79401<br>Tel. 806-472-7397<br>Fax 806-472-7324<br>Email:  ann.haag@usdoj.gov<br>Attorneys for Defendant |

**Stipulation of Dismissal With Prejudice**